**SO ORDERED.**
**SIGNED this 30th day of March, 2018**

_____
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **William Harry Fryar** | ) | No. 1:16-bk-13559-SDR |
| | ) | **Chapter 11** |
| **Debtor** | ) | |

## ORDER

On March 29, 2018, this case came to be heard on pending objections to the debtor's chapter 11 disclosure statement (Doc. No. 156) and plan (Doc. No. 157). The parties announced that they had agreed to allow the debtor 15 days in which to file an amended disclosure statement and plan. Accordingly, it is ORDERED that the pending objections (Doc. Nos. 164, 165, 167, 168) are sustained and the debtor is granted 15 days from the entry of this order within which to file an amended disclosure statement and chapter 11 plan. It is so ORDERED.

###