**SO ORDERED.**
**SIGNED this 13th day of August, 2018**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Shelley D. Rucker
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

In re:

| | | |
|---|---|---|
| William Harry Fryar | ) | 1:16-bk-13559 SDR |
| Debtor. | ) | Chapter 11 |

_____

**ORDER GRANTING DEBTOR'S EX PARTE MOTION FOR ADDITIONAL TIME TO FILE AMENDED DISCLOSURE STATEMENT AND AMENDED PLAN**
_____

This matter is before the Court on the motion of William Harry Fryar, Debtor, for an extension of time to file the amended disclosure statement and amended plan (the "Motion").

It appearing that the Court has jurisdiction over this proceeding; as this is a core proceeding;

notice of the Motion has been given to the Office of the United States Trustee and all interested parties; no further notice is necessary; the relief sought in the Motion is in the best interests of the Debtor, his estate, and his creditors; and good and sufficient cause exists for

1

such relief and no interested parties object to such relief,

It is hereby ORDERED as follows:

1.  The Motion is GRANTED.

2.  The time within which the Debtor is required to file amended disclosure statement and amended plan is hereby extended through and including August 17, 2018.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #

APPROVED FOR ENTRY:

SCARBOROUGH & FULTON

By: /s/David J. Fulton
David J. Fulton, #006102
620 Lindsay Street, Ste. 240
Chattanooga, TN   37403
(423) 648-1880
(423) 648-1881 (facsimile)
djf@sfglegal.com

*Attorneys for Debtor*