**SO ORDERED.**
**SIGNED this 20th day of June, 2019**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **WILLIAM HARRY FRYAR,** | ) Case No. 1:16-bk-13559-SDR |
| | ) |
| Debtor. | ) Chapter 11 |

## ORDER

The Motion of the United States Trustee to Compel Distributions in Accordance with the Plan came on for hearing following notice to the Debtor and all creditors and parties-in-interest. It appearing that good cause exists to grant the Motion, it is hereby

ORDERED that the United States Trustee's motion is GRANTED and, pursuant to 11 U.S.C. § 1142(b), the Court hereby orders the Debtor to comply with the terms of the confirmed Plan and make the required distributions to creditors as soon as possible and no later than June 28, 2019.

Nothing in this order shall release the Debtor from any damages that may have resulted from his failure to comply with Plan terms or preclude any creditor from seeking damages from

any such breach.

# # #


APPROVED FOR ENTRY:


/s/ David Holesinger
David Holesinger (TN BPR # 030189)
Attorney for United States Trustee
31 East 11th Street, Fourth Floor
Chattanooga, TN 37402
(423) 752-5153
David.Holesinger@usdoj.gov